UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANISLAV PETROV,

    Plaintiff,

v.

ALAMEDA COUNTY, et al.,

    Defendants.

Case No. 16-cv-04323-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 24, 2017 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE BEELER FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | April 30, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | March 31, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | August 1, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: August 1, 2017<br>Rebuttal: August 15, 2017 |
| EXPERT DISCOVERY CUTOFF: | September 22, 2017 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 6, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge