MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiff
STANISLAV PETROV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAV PETROV, individually,<br><br>    Plaintiff,<br>vs.<br><br>ALAMEDA COUNTY, a public entity; SHERIFF GREGORY J. AHERN; ACSO DEPUTIES PAUL WIEBER, LUIS SANTAMARIA, SHAWN OSBORNE, MALIZIA, MILLER, SHELTON, GRIFFITH, SERGEANT TAYLOR, and DOES 1-10, Jointly and Severally,<br><br>    Defendants. | No: 4:16-cv-04323-YGR (LB)<br><br>**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL** |

Pursuant to the settlement reached between the parties at the April 11, 2017, Settlement Conference in this matter, and the settlement funds having been paid in full, the parties hereby stipulate and agree to the dismissal of this entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated:  June 9, 2017                                            HADDAD & SHERWIN, LLP


                                                                             */s/ Julia Sherwin*

                                                                             Attorneys for Plaintiff



__Timothy P. Murphy_____                Dated:  June 9, 2017
Timothy P. Murphy
Edrington, Schirmer & Murphy
2300 Contra Costa Blvd., Ste. 450
Pleasant Hill, CA 94523
*(Counsel for Defendants Alameda County and Sheriff Gregory J. Ahern)*


__Noah Blechman_____                  Dated:  June 9, 2017
Noah Blechman
Amy S. Rothman
McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP
1211 Newell Avenue
Walnut Creek, CA 94596
*(Counsel for Defendant Luis Santamaria)*


__Mark E. Berry_____                Dated:  June 9, 2017
Mark E. Berry
Mayall Hurley, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
*(Counsel for Defendants Robert Griffith and John Malizia)*

| | | |
|---|---|---|
| 1 | __Todd H. Master_____ | Dated: June 9, 2017 |
| 2 | Todd H. Master | |
|   | Howard, Rome, Martin & Ridley LLP | |
| 3 | 1900 O'Farrell Street, Suite 280 | |
|   | San Mateo, CA 94103 | |
| 4 | *(Counsel for Defendants Darrin Shelton and Joshua Miller)* | |

 __Todd H. Master_____     Dated:  June 9, 2017
Todd H. Master
Howard, Rome, Martin & Ridley LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94103
*(Counsel for Defendants Darrin Shelton and Joshua Miller)*

 __Bonnie A. Freeman_____     Dated:  June 9, 2017
Bonnie A. Freeman
Senneff Freeman & Bluestone, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402
*(Counsel for Defendant David Taylor)*

 __Jeff Vucinich_____     Dated:  June 9, 2017
Jeff Vucinich
Stephen V. Harrington
Kaylen K.S. Kadotani
Clapp, Moroney, Vucinich, Beeman & Scheley
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
*(Counsel for Defendant Paul Wieber)*

 __Vincent P. Hurley_____     Dated:  June 9, 2017
Vincent Hurley
Ryan Thompson
Law Offices of Vincent P. Hurley
28 Seascape Village
Aptos, CA 95003
*(Counsel for Defendant Shawn Osborne)*

\*Counsel for all parties give their permission to file this Stipulation and (Proposed) Order with their electronic signatures.

No. 4:16-cv-04323-YGR (LB): STIPULATION AND (~~PROPOSED~~) ORDER OF DISMISSAL     2

# **ORDER**

Pursuant to agreement of the parties, and for good cause, this entire action is dismissed, with all parties to bear their own costs and attorneys' fees.

Dated: June 12, 2017                              UNITED STATES DISTRICT COURT

_____
YVONNE GONZALEZ ROGERS
United States District Judge